UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ORLIN A. CAMPOS-CERNA,

                Petitioner,

v.

STEPHEN D. SINCLAIR,

                Respondent.

CASE NO. C11-6024BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 11) and Petitioner's objection to the R&R (Dkt. 13). The Court has considered the R&R, Petitioner's objections and the remaining record, and hereby adopts the R&R for the reasons stated herein.

## I. PROCEDURAL AND FACTUAL HISTORY

This matter arises out of a challenge by Petitioner to the effective assistance of his trial and appellate counsel. He brings this action pursuant to 28 U.S.C. § 2254. *See* Dkt. 11 at 1.

On December 16, 2011, Petitioner filed his petition for writ of habeas corpus against Respondent Stephen D. Sinclair. Dkt. 3. Respondent filed a response to the petition on April 4, 2012. Dkt. 9. On May 7, 2012, Petitioner filed a reply. Dkt. 12.

On May 8, 2012, the magistrate judge issued an R&R (Dkt. 11) wherein it was recommended that the petition be denied. On May 29, 2012, Petitioner filed his objections to the R&R. Dkt. 13.

## II. DISCUSSION

Petitioner's objections to the R&R are essentially rearguments of the issues raised in his petition (Dkt. 3) and in his reply (Dkt. 12) presented to the magistrate judge. The Court finds no error in the R&R.

## III. CONCLUSION

The Court having considered the R&R, Petitioner's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) This action is **DISMISSED**; and

(3) The Petitioner is **DENIED** a certificate of appealability.

Dated this 19th day of July, 2012.

BENJAMIN H. SETTLE
United States District Judge